# IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC HAYES,** | : | |
| Petitioner | : | No. 1:05-cr-00443-09 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW** on this 5th day of August 2014, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Eric Hayes' motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. No. 2048) is **DENIED**;

2. Petitioner's supplemental motions (Doc. Nos. 2051, 2089, 2139), with the exception of his claim that counsel provided faulty advice (Doc. No. 2139 at 3) are **DENIED AS TIME-BARRED**;

3. Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 on the grounds that counsel provided faulty advice (Doc. No. 2139 at 3) is **TIMELY**, but **DENIED** on the merits;

4. A certificate of appealability **SHALL NOT ISSUE**; and

5. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania